

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES STUART BARKER, | § | No. 08-24-00118-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2023DBF0180) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 28th day of March 2025.


GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.